IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON FORRESTER,                                          Plaintiff

v.                         3:12CV00268 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                   Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 6th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE